1 | Journalists (or Anyone): *"It's Public Information"* is NOT an excuse to violate my Right to Privacy since PACER requires Login. DO NOT publish my Court records without blacking-out my first name and personal info.

2

3 | James Greiner (Pro Se)
Wenatchee, WA
Gmail: runitbyjames

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 6 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

4 | Ph: (XXX)XXX-3595

5

6 | **UNITED STATES DISTRICT COURT**

7 | **EASTERN DISTRICT OF WASHINGTON**

8

9 | James Greiner (Pro Se),
        Plaintiff

Case No: **2:24-cv-00092-TOR**

10 |        v.

**COMPLAINT**

11 | Democratic National Committee,

12 | Republican National Committee,
        Defendants

Jury Demand: **YES**

13

14

15

16 | **REDACTION FOOTNOTE**

17 | This case will undoubtedly be of interest to the public. And each Defendant has way too many vindictive supporters who will

18 | never to told the truth that this case helps them, too.

19 | Therefore, I should get the same protection as a criminal, so I'm invoking Criminal Rule 49.1(a) with regards to my home address

20 | being just the city and state. And per FRCP Rule 5.2(a), I am

21 | allowed to redact financial-account numbers, and according to the

22 | FCC that includes mobile phone numbers now (you should read this): https://www.fcc.gov/port-out-fraud-targets-your-private-accounts

23 | If you need to call me, then email me your name and phone

24 | number with a reason why (Why, really?) and maybe I'll call you

25 | back (don't hold your breath).

1  **THE PARTIES**

2    1)   Plaintiff, James Greiner, an electrician and regular guy,

3  was born and raised in the United States, and can no longer sit

4  and watch the slow, now fast, destruction of the Country.

5  "Somebody should do something." ...I guess that means me.

6    2)   Defendant, Democratic National Committee, is the governing

7  body of the Democratic Party since 1848.

8    3)   Defendant, Republican National Committee, is the governing

9  body of the Republican Party since 1856.

10

11  **JURISDICTION**

12    4)   This Court has subject-matter jurisdiction under:

13      18 U.S.C. § 1962 - RICO Prohibited activities

14      18 U.S.C. §201 - Bribery of public officials

15      18 U.S.C. §1343 - Fraud by television

16    U.S. Constitution Articles I, II, III - all Section 1's

17      ("Separation of Powers" vs. "Two Party System")

18    U.S. Constitution, First Amendment - Establishment Clause

19      ("Neutrality" vs. Christian and LGBTQ/Woke Agendas)

20

21  **VENUE**

22    5)   Venue is proper in this judicial district because both

23  Defendants have agents and transact their affairs in every

24  district of the U.S. on a continuous bases, 18 U.S.C. §1965(a).

25

1      **CLAIM — SHORT AND PLAIN**

2      6)   The Defendants are the Principals of a criminal enterprise

3      that sell access to influence Politicians, and therefore the Laws,

4      making the Rich richer, and the Poor poorer.

5      7)   The Defendants Subvert the Constitution by (a) replacing

6      the "Separation of Powers" with a competing "Two Party System",

7      and by (b) twisting Laws to "respect" their own wacko religions.

8      8)   The Defendants criminal activities have caused unbearable

9      Inflation, out-of-control National Debt, and hateful discourse,

10     making the Plaintiff desperate for help ("entitled to relief").

11     9)   The expanded version of the Plaintiff's Claim follows,

12     along with a Prayer for Alternative Relief.

13

14     **RELEVANT AND HISTORICAL FACTS**

15     10)   Per the White House website (and also taught in high

16     school): *"The Federal Government is composed of three distinct*

17     *branches: legislative, executive, and judicial, whose powers are*

18     *vested by the U.S. Constitution in the Congress, the President,*

19     *and the Federal courts, respectively."*

20     11)   Article II, Section 1, Clause 8, of the U.S. Constitution

21     requires the President to take an oath to *"preserve, protect and*

22     *defend the Constitution"*.

23     12)   5 U.S.C. §3331 requires U.S. Senators and Congressmen to

24     take an oath to *"support and defend the Constitution of the*

25     *United States against all enemies, foreign and domestic"*.

13)   John Adams was one of the Founding Fathers of the United States. In 1780, he was the primary author of the Massachusetts Constitution which heavily influenced the development of the U.S. Constitution.

14)   John Adams said, *"Passions are the same in all men, under all forms of simple government, and <u>when unchecked</u>, produce the same effects of <u>fraud</u>, violence, and <u>cruelty</u>."*

15)   John Adams said, *"There is nothing which I dread so much as a **<u>division of the republic into two great parties</u>**, each arranged under its leader, and concerting measures in opposition to each other. This, in my humble apprehension, is to be dreaded as the **<u>greatest political evil under our Constitution</u>**."*

16)   John Adams said, *"There never was a democracy yet that did not commit suicide."*

17)   John Adams died in 1826. The Democratic Party was founded in 1828. The Republican Party was founded in 1854.

18)   John Adams rolled over in his grave.


**<u>RICO ACTIVITIES</u>**

19)   Every U.S. Citizen (and most everyone in the rest of the World) already knows the RICO Activities being committed by the Defendants from having witnessed them for years, making them "Common Knowledge", which according to <u>FRE Rule 201(b)(1)</u> makes them "Undisputed Facts" (NOT "Naked Assertions").

20)   Just ask yourself... Would a Jury agree?

21)   The Defendants use their network of money and power to help Politicians win elections that they would never be able to win on their own, making it a Bribe under RICO.

22)   The pressure of this Bribe causes the Politicians to deliberately make false promises to their constituents in order to *"just get elected no matter what"*.

23)   Then, once elected, the Politicians will introduce and vote on Laws, not according to the *"Will of the People"*, but according to how the Defendants want them to, making it the fulfillment of the Bribe under RICO.

24)   If a Politician does not vote or act according to how the Defendants want them to, then the Defendants will no longer help the Politician to win future elections, thereby killing his/her political career, making it Extortion under RICO. (It is also the reason why congressional votes should be anonymous.)

25)   Furthermore, the largest donations come from Big Money Groups (called "Billionaires") who have their own agendas.

26)   The Defendants want to make these Billionaires happy in order to continue receiving their donations, therefore the Laws that the Politicians vote for, or against, are actually in support of the Billionaires' agendas.

27)   The Billionaires' agendas DO NOT seek to *"form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity"*.

1    28)   The Billionaires' agendas are simply to make more money,

2    and with that money, they have even purchased News organizations

3    ("The News"), prohibited by 18 U.S.C. §1962(b), as an extension of

4    the total control and furtherance of this enterprise, including

5    Fraud by TV, per 18 U.S.C. §1343, for televising the Politicians

6    false promises and for pushing Fake fraudulent News to form public

7    opinion, which affects interstate or foreign commerce. But...

8    29)   The Defendants become the Principals in this enterprise

9    under 18 U.S.C. §2 by having never sent a "Cease and Desist Order"

10   to any News Organization to stop all fraudulent News reporting

11   that favors them in order to prevent any public perception of

12   impropriety, which is the same as giving a stamp of approval.

13   30)   The Defendants will argue that they act within the Law.

14   For instance: Could it be argued that the Billionaires follow the

15   Law when making their donations? Sure. Could it be argued that the

16   Politicians follow the Law when casting their votes? Sure.

17   31)   But... With RICO you must look at the entire web of

18   activities. It's not "individual activities". It's 1 + 2 + 3 = 33

19   Trillion Dollars. It's a criminal enterprise which affects

20   interstate or foreign commerce, and the lives of every Citizen.

21   Cookie-cutter RICO Activities for cut-n-pasted RICO Words.

22   32)   Inflation would not be robbing the Citizens blind if the

23   Government did not overly print money.

24   33)   The Government would not overly print money if it did not

25   spend money in an entirely unaccountable way.

34)   The Government would not be so entirely unaccountable if the Politicians were not the indirect puppets of the Billionaires who only want to make more money.

35) 1/1000: The Billionaires make more money in Endless Wars.

36) 2/1000: The Billionaires make more money charging too much for Drugs and making sure every Citizen needs to take Drugs.

37) 3/1000: The Billionaires make more money convincing Citizens to go into debt with student loans that should have never been approved for Degrees that are worthless.

38) ...1000/1000: The Politicians pass Laws to benefit greedy Billionaires while "conveniently" blaming each other for not being able to pass Laws to help the Country.

39)   "The News" aids the Defendants (with their approval) by endlessly televising that *It's the other Party's fault."*

40)   And, as long as everyone can play the blame-game and not pass Laws to prevent anything, then the criminal enterprise will continue, which is exactly what the Billionaires want.

41)   It is perfectly clear. The Defendants sell access to Politicians to benefit the Billionaires, not the Citizens.

42)   And as a side-note, it is also clear that Politicians choose to get rich themselves by trading insider information in order to secure their own family's future because...

43) **They ALL Know, Everyone Involved**, that the value of the Dollar is on a path to crash-and-burn due to their activities and if you are not a multi-millionaire then *"Good luck, buttercup".*

1 | **SUBVERTING THE CONSTITUTION**

2 |    44)   There is nothing prohibiting the existence of Political

3 | Parties in the Constitution. The First Amendment even protects:

4 | *"the right of the people peaceably to assemble, and to petition*

5 | *the government for a redress of grievances"*.

6 |    45)   But it's not *"peacefully assembling"* or *"petitioning the*

7 | *government"* to Subvert the Constitution and create new Powers.

8 |    46)   The proof being that the Federal Government is NO LONGER

9 | composed of three distinct branches, instead, it is composed of

10 | two Political Parties. Every piece of legislation, every executive

11 | decision, and every judicial ruling is categorically either

12 | **Democrat or Republican - the "*de facto*" Separation of Powers**.

13 | Unfortunately, this includes the Supreme Court - since forever.

14 | (Your actions prove your Guilt. It should be 9-0 every time.)

15 |    47)   Furthermore, Political Parties are also the perfect way to

16 | subject the Government and its Laws to a Party's religion. Just

17 | call it the Party's "Platform", wink, wink. Both Defendants

18 | understand this very well and have endlessly tried to manipulate

19 | the Laws to respect their own religions — that being either the

20 | Cult of LGBTQ's Woke ideology or Back-woods Christianity. (Do I

21 | need to write who believes what? ...including the names of Supreme

22 | Court Justices? Of course not, it's all "Common Knowledge".)

23 |    48)   Each Defendant, along with their "adherents" (Politicians,

24 | Judges, and Presidents), willfully ignore the Constitution for

25 | *"The Greater Good"* because they sincerely believe that the Country

needs to be saved from the destructive values and beliefs of the other Defendant. When in reality, it is crystal clear that our Country needs to be saved... "FROM BOTH OF THEM".

49)    If the previous paragraphs were false, then votes along Party-lines would statistically never happen. Each Party would not "conveniently" blame the other. And there would be Constitutional Amendments for a Balanced Budget, Age Limits for Politicians, a Limit to War, Voter ID, an Assault-weapons Ban, and much more. Simply put, the Defendants have hijacked the system.

50)    John Adams was right. Having a division of two Parties is the *"greatest political evil under our Constitution"* - for one big reason - the 50/50 Math is ripping our Country in half.

## THE PATH TO A CAUSE OF ACTION

51)    Shockingly, the above Allegations are rock-solid. The Plaintiff is not distorting any Facts. The Plaintiff is not misinterpreting any Laws. And the Defendants' activities are right-out in the open for everyone to see.

52)    But, it seems logical that for the Defendants to act as if *"everything is completely normal, and completely legal"*, then they must at least have Plausible Deniability, right?

53)    And in theory, both Defendants must have had Plausible Deniability for well over 160 years now. So the Plaintiff decided to look at history and ask himself, *"What is happening 'Now' that hasn't always been happening?"*

54)  And, Bam!!! The Answer - A Perfect Storm (with Standing).

55)  <u>Billionaires owning "The News", Woke ideology, Roe v. Wade</u>
<u>being overturned, and Harmful Inflation happened all at once.</u>

56)  When looking at history, it is very easy to see that
Republicans have ALWAYS twisted the Laws to follow Christianity,
starting with Anti-polygamy: Reynolds v. United States, 98 U.S.
145 (1878), Edmunds-Tucker Act (1887). It was like the Salem Witch
Trials happened in the U.S. to persecute Mormons (with the full
support of the Supreme Court).

57)  Then in the 1960's and 1970's the Sexual Revolution
happened, followed by the 1980's which seemed to be the starting
point for Hollywood wanting to promote/display their lifestyle.
And just recently, Lawrence v. Texas, 539 U.S. 558 (2003), a
landmark case, put a Government stamp on Gay Rights (predictably,
the Republican Justices dissented). And now, the Democrats feel
emboldened to push the limits.

58)  Of course, Political donations have always came with
strings. *"The Rich get Richer, while the Poor get Poorer"* will
always be said. And Citizens will always complain about the
Government. The more things change, the more things stay the same.

59)  But, there was never a time in U.S. history when the
National Debt was so high that it could give a person chills to
look at its chart. There was never a time is U.S. history when
Billionaires owned and blatantly controlled "The News". There was
never a time in U.S. history when a mob of Citizens took over the

U.S. Capitol building. There was never a time in U.S. history when a Party so openly (from President to Senate confirmation to Supreme Court) twisted the Laws to "respect" their religion by overturning Roe v. Wade. And finally, there was never a time in U.S. history when it was okay for men to walk around with their ding-dongs out and call it a "Parade", or for people who have a Man's body to be allowed to win contests that test Women's bodies.

60)  The concept that *everything is completely normal"* has tricked everyone into thinking that everything must still be *"completely legal".*

61)  Wrong.

62)  It's not Normal. It's not Legal.

63)  It's in-your-face RICO Activities and shove-it-down-your-throat tribal religions. And, it is 100% "Common Knowledge", which once again, according to FRE Rule 201(b)(1), is all that is needed to easily prove that both Defendants are Guilty as Charged.


## CAUSE OF ACTION

64)  The Plaintiff repeats his Short and Plain Claim that the Defendants criminal activities have caused unbearable Inflation. (Standing 2: 100% Traceable to Them)

65)  And, Inflation punches the Plaintiff in the stomach every time he goes grocery shopping. (Standing 1: 200% Real Injury!!! refer to Massachusetts v. EPA, 549 U.S. 497, 517 (2007) ...and Legal Scholars everywhere say, *"Uh-Oh! Brace yourself."*)

66)   The Plaintiff feels insulted when Politicians blame Inflation on Corporate greed when everyone is taught in high school that it happens when a Government prints too much money (Zimbabwe). More importantly, the Plaintiff sees no end in sight to them printing MORE money, which is why...

67)   The Plaintiff is scared to death for his family's future after looking at the exponential chart of the National Debt, as in "*holy ****"*. (I apologize to the Court. It's just very hard for me to bite my tongue with this one. Seriously. It gave me chills when I saw it. I mean... How are we not all screwed?)

68)          IT'S PURE INSANITY



https://fiscaldata.treasury.gov/americas-finance-guide/national-debt/

1

**JURY TRIAL DEMANDED**

2      70)  Per <u>FRCP Rule 38(b)</u>, the Plaintiff demands a Trial by Jury

3   of all the triable issues asserted in this Complaint.

4      71)  And in order to help pinpoint the issues in need of a

5   Jury, the Plaintiff will also be filing with this Complaint a

6   <u>Motion for Summary Judgment</u>, which per <u>FRCP Rule 56(b)</u>, *"a party*

7   *may file...at any time"*, and which per <u>LCivR 56</u>(c)(1)(A), includes

8   filing a separate <u>Statement of Material Facts Not in Dispute</u> to

9   allow the Defendants to collate their Motions/Answers with their

10  <u>Material Facts Responses</u>. (Once again, the purpose is to help

11  pinpoint the issues, not to actually get a Summary Judgment. Plus,

12  it will prove that there IS a *"genuine issue of material facts"*.)

13

14      **THE PATH TO RELIEF** (Plaintiff in his own words)

15      72)  RIGHT NOW, the *"actual and imminent harm"* of Inflation has

16  caused monetary damages, but demanding to be compensated won't

17  solve "The Problem" that: The Defendants are on a path to destroy

18  the Country – and there's nothing stopping them.

19      73)  So... How do I secure my family's FUTURE?

20      74)  It is easy to think that the answer is Punitive Damages.

21  But hard-working people donated part of their paychecks to the

22  Defendants hoping it would make a difference. Sore feet, sore

23  hands, sore necks, sore backs. I know all about it. **My fellow**

24  **Citizens deserve better** than having their hard-earned money pay

25  for the Defendants' crimes.

1    75)  Instead, my fellow Citizens deserve Relief the same as me.

2    But, a Class-action suit would cause the Defendants to have to

3    claim bankruptcy, and the ripple affect would devastate the

4    Country for years. Plus, per <u>FRCP Rule 19(c)</u>, I have to state:

5    *"It is unfeasible for every citizen to be joined"* to this Claim,

6    therefore my Prayer for Relief must also bring them Relief as

7    *"absent parties"* in order to satisfy <u>FRCP Rule 19(a)</u> and allow my

8    Claim to survive a Motion to Dismiss.

9    76)  So to cover everything, I had to think outside the box.

10    (giving me Standing 3: 100% Redressable - for all Citizens)

11

12                            **<u>PRAYER FOR RELIEF</u>**

13    WHEREFORE, the Plaintiff asks the Court to show allegiance to

14    the flag of the United States of America, and to the republic for

15    which it stands, "ONE NATION" under God, indivisible, with liberty

16    and "JUSTICE FOR ALL", by ordering:

17    a) An award of $14,400 in Statutory and Treble Damages due to

18       Inflation, which is $200 per month for 2 years = $4,800

19       multiplied threefold per RICO, <u>18 U.S.C. §1964(c)</u>.

20    b) The above award (representing the Plaintiff), shall be rolled

21       into a single award of $10 Billion in Punitive Damages

22       (representing All Citizens), making it an easy to calculate

23       $5 Billion total liability for each Defendant.

24

                       ...and now the good part...

25

c) Said award shall be due between 3-years and 10-years after entering the Judgment depending on the below conditions being meet, or not being meet.

d) If the Defendants *"choose by their own free-will"* to work together within 3-years to propose the following Amendments, with POTUS signature, then each Defendant's liability shall be reduced if the Amendment is ratified within the 10-years:

<u>Reduce Liability by $3 Billion</u>

A. Constitutional Amendment for the United States to be put on the Gold Standard, or

B. Constitutional Amendment to have a Balanced Budget

<u>Reduce Liability by $1 Billion for Each</u>

1. Constitutional Amendment to limit involvement in War
2. Constitutional Amendment to set Age Limits and Term Limits for each Branch of Government
3. Constitutional Amendment prohibiting Federal Employees from Trading Insider-Information
4. Constitutional Amendment for Congress to vote anonymously
5. Constitutional Amendment to ban all nudity and severely limit profanity, alcohol, and drug use in all Movies, TV, Games, etc. that is not labeled Rated X – Adults Only.

e) The $1 Billion list of Constitutional Amendments shall be edited by the Jury (still 5 at $1 Billion each) with the sole purpose being to Save the Country from Destruction.

f) In 3-years, if any portion of a Defendant's liability <u>has NO way</u> of being reduced to zero, or in 10-years, if any of a Defendant's liability <u>has NOT been</u> reduced to zero, then

1   rather than causing the Defendant to claim bankruptcy, the

2   Defendant shall pay each month 60% of the donations they

3   receive to the Libertarian Party until no liability remains.

4   (Finally, the Math of Three Parties will fix "The Problem".)

5   g) In 10-years, if a Defendant's liability <u>has been</u> reduced to

6   zero then, God Bless America, the Defendant should be granted

7   immunity from similar civil actions for another 20 years.

8   h) If one Defendant pleads Guilty, then $2 Billion of their

9   liability shall become the liability of the other Defendant

10  (5,5 becomes 3,7). Then, if the second Defendant pleads

11  Guilty their total liability shall be reduced by $3 Billion

12  (7 becomes 4), meaning the first to plead will be liable for

13  $1 Billion less than the second to plead.

14  i) -Reserved for Tweaks made by Defendants who plead Guilty-

15  (e.g. regarding the other Defendant not acting in Good Faith

16  during the 3 to 10 years, etc.)

17

18                    **<u>RELIEF FOOTNOTES</u>**

19  The phrase *"choose by their own free-will"* is because it would

20  be Unconstitutional for a Court to order the creation of Laws.

    The phrase *"with POTUS signature"* is so that the Joint

21  Resolution is both a proposed Amendment <u>and a Law</u> so that our

22  Country can be pulled-back from the edge of the cliff NOW and not

23  have to wait the full 10-years when it might be TOO LATE.

    Having the Jury edit the list of Constitutional Amendments is

24  equivalent to them *"petitioning the government for a redress of*

25  *grievances"*.

1       *"Immunity"* would be self-fulfilling forever if the Defendants

2   worked together for the good of the People rather than the greedy

   Billionaires.

3       It seams logical that the Demand should bring Relief to all

4   *"absent parties"* thereby satisfying <u>FRCP Rule 19(a)</u>.

5       But if it does not, or if there are any conflicts with the Law,

   then the Plaintiff asks to be allowed to Tweak the Demand rather

6   than having the Court Grant a Motion to Dismiss.      `

7       Finally, *"Artistic Freedom"* in Movies (now *"Soft-core Porn"* and

8   getting worse) started the decline of our Country (read more about

   <u>The Hays Code</u>). Then, when Nixon ended the <u>Gold Standard in 1971</u>,

9   it was the Death Knell. Now, it is up to this Court to decide

10  whether we will be holding funeral services soon. (I hope not.)

11

    The Plaintiff thanks the Court for considering his Complaint.

12

    Dated: March 27, 2024

13                           _____

14                           James Greiner

                          Wenatchee, WA

15                            Gmail: runitbyjames

                          Ph: (XXX)XXX-3595

16

17

18

19

20

21

22

23

24  (No, I'm not a Libertarian. Or, a Democrat or Republican. I'm 100%

   pure-blooded American, and the Defendants can be, too. Simple.

25  Just don't try hard to win this case. Then, Everyone Wins.)