AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2024

SEAN F. MCAVOY, CLERK

JAMES GREINER,

*Plaintiff*

v.

DEMOCRATIC NATIONAL COMMITTEE, and
REPUBLICAN NATIONAL COMMITTEE,

*Defendant*

Civil Action No. 2:24-CV-0092-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 3) is DENIED. Defendant Democratic National Committee's Motion to Dismiss for Failure to State a Claim (ECF No. 10) is GRANTED. Defendant Republican National Committee's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (ECF No. 12) is GRANTED. Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED as moot. Plaintiff's Complaint is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for Summary Judgment, Motions to Dismiss, and a Motion to Strike.

Date: 4/30/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams